FILED
AUG 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8742

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| vs. | 21 U.S.C. § 952 and 960 |
| Shastin Aline CHAKMAKIAN (1), Walberto Parra LOPEZ(2), | Importation of a Controlled Substance (Felony) |
| Defendants. | |

The undersigned complainant being duly sworn states:

On or about August 18, 2008, within the Southern District of California, defendants Shastin Aline CHAKMAKIAN and Walberto Parra LOPEZ did knowingly and intentionally import approximately 43.46 kilograms (95.61 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Timothy L. Henderson
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 18th DAY OF AUGUST, 2008.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Shastin Aline CHAKMAKIAN(1)
Walberto Parra LOPEZ(2)

## STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Timothy Henderson.

On August 18, 2008, Shastin Aline CHAKMAKIAN (CHAKMAKIAN) and Walberto Parra LOPEZ (LOPEZ) entered the United States at the Calexico, California, west port of entry. CHAKMAKIAN was the driver and registered owner of a 2002 Chrysler PT Cruiser. LOPEZ was the passenger in the Chrysler. United States Customs and Border Protection Officer (CBPO) G. Ornelas took a negative Customs declaration from CHAKMAKIAN. CHAKMAKIAN and LOPEZ were referred to secondary.

Once in secondary, an inspection conducted by CBPO M. Cardenas of the vehicle resulted in the recovery of packages containing a green leafy substance. A sample of the substance field-tested positive for marijuana. The total weight of the packages was 43.46 kilograms (95.61 pounds).

Special Agent (S/A) Timothy Henderson interviewed CHAKMAKIAN. S/A Henderson read CHAKMAKIAN her constitutional rights, per Miranda in English. CHAKMAKIAN waived her rights, agreeing to make a statement.

CHAKMAKIAN admitted knowledge of controlled substances within the Chrysler. CHAKMAKIAN stated that she was to be paid to deliver the controlled substance laden vehicle to Los Angeles, California.

S/A Henderson interviewed LOPEZ. S/A Henderson read LOPEZ his constitutional rights, per Miranda in English. LOPEZ waived his rights, agreeing to make a statement.

LOPEZ admitted knowledge of controlled substances within the Chrysler. LOPEZ stated that he was to be paid for the venture. LOPEZ did not know where the controlled substance was to be delivered.